IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRAVIS DAVIS                                                                                                    PLAINTIFF

v.                              CASE NO. 3:24-CV-00110 JM

COUNTY OF POINSETT, STATE OF
ARKANSAS, *et al*                                                        DEFENDANTS

## JUDGMENT

For these reasons stated in the order entered this same date, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of September, 2024.

_____
United States District Court Judge